**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RUIYAO CHEN,** | ) | **CASE NO. 5:12CV1588** |
| | ) | |
| Plaintiff, | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| vs. | ) | |
| | ) | |
| **YELLOW TAIL, INC. et al.,** | ) | <u>**ORDER**</u> |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter came before the Court on July 5, 2012 for a hearing on Plaintiff's motion for a preliminary injunction. Doc. 5. Plaintiff's Complaint alleges claims against Defendants for violations of the Fair Labor Standard Act, 29 U.S.C. § 203, the Ohio Minimum Fair Wage Standards Act, O.R.C. § 4111.01, et seq., breach of contract, unjust enrichment, and fraud. In her motion for injunctive relief, Plaintiff seeks an Order restraining Defendants from harassing, contacting, threatening or approaching Plaintiff. Upon hearing considering the evidence presented during the hearing on Plaintiff's motion, the Court DENIES Plaintiff's motion.

However, as orally Ordered by this Court at the close of the hearing, parties shall not contact each other directly and are instructed to communicate with each other only through their respective counsel throughout the pendency of this litigation.

**IT IS SO ORDERED.**

**Date: <u>July 12, 2012</u>**                     */s/John R. Adams*
                                                          John R. Adams
                                                          U.S. District Judge