EXHIBIT A

**AFFIDAVIT** （宣誓书）

State of Ohio        }     （俄亥俄州）
County of Cuyahoga } ss.   （Cuyahoga 县）

Being duly sworn and competent to testify, with sound mind and without any duress, Ruiyao Chen, deposes and states as follows:

我，陈瑞瑶，在此郑重宣誓：本人具有完全民事行为能力，神志清楚，并无外来胁迫，做如下陈述：

1. I currently reside at 955 N. Stewart Rd, Mansfield, OH 44906.
   我现在居住在：955 N. Stewart Rd, Mansfield, OH 44906.

2. I came to the United States in the year of 1993. I am a permanent resident of the United States.
   我于 1993 年来到美国，我现在是绿卡持有者。

3. I worked as a cook at Yellow Tail as a full time employee in April and May, 2012.
   我于 2012 年的四月和五月期间在 Yellow Tail 做全职厨师。

4. During the time when I worked at Yellow Tail, my work schedule was normally from 10:30am to 11:30 pm, six days a week. Sometimes I worked till 12am per my boss's request. I did not know I have to work these long hours before starting this full time job.

   在 Yellow Tail 工作期间，我的工作时间是一周工作 6 天，每天早上 10:30 到晚上 11:30 左右。有些时候老板要求我工作到晚上 12 点。在做全职工前我不知道每天要做这么久的工。

5. My boss Ling Ling Auyeung Ni and I agreed that I would work at Yellow Tail as a full time cook for a wage of $3,000. But she did not tell me that I had to work 12 to 13 hours a day. In April 2012, I received a total $3000 (a check of $600 and cash of $2,400). But I received nothing for May and was never paid over-time salary.

   老板 Lin Ling Auyeung Ni 和我说好如我在 Yellow Tail 做全职，我的工资 $3,000. 老板只说做全职，没说每天要做 12-13 个小时。我四月份领到 3000 美金的工资（一支票$600 和现金$2,400），五月份没有发任何工资。我从来没有领到超时工作工资。

6. During the time when I worked at Yellow Tail, I observed that all employees who worked full-time worked at least 12-13 hours every day.

1

在 Yellow Tail 工作期间，我看到其他所有的全职员工的工作时间也都在每天工作 12-13 小时。

7. During the time when I worked at Yellow Tail, there were several employees worked in the kitchen who do not have a legal immigration status to live or work in the United States, and they were paid only about $1400 per month for working 12-13 hours a day.

我在 Yellow Tail 工作期间，还有好几个厨师/帮厨在厨房工作，他们都没有合法的居留身份，他们工作 12-13 小时但工资只有每月 1400 美金左右。

8. During the time when I worked at Yellow Tail, I and the other employees were asked by the boss to stand next to the table to take lunch (around 12pm) but not permitted to sit on the chairs because in this way we would finish the lunch and return to work sooner, since we were in a standing position.

我在 Yellow Tail 工作期间，我和其他的员工被老板要求站在桌子旁边吃午饭而不是坐在椅子上，因为这样的姿势可以让我们尽早结束用餐并返回工作。

9. During the time when I worked at Yellow Tail, I saw about more than 10 people came to the restaurant, worked for a short period of time, and left because the work was too heavy and exhausting.

我在 Yellow Tail 工作期间，我看见大约有十几个人来到餐馆工作, 不久之后就离开了，因为这里的工作强度实在太大。

10. Yellow Tail employed about 15-20 peoples at any given time. Half of these people were full time workers working in kitchen as cook, assistant cook, sushi cook, helper, etc. Most of these full time workers could not speak English, or have very limited English skills. When I worked at Yellow Tail, there was a mother and her son who worked in kitchen for long hours with very little pay. The son was very young. They did not have legal immigration status (for work or live). I felt very sorry for them.

Yellow Tail 一般雇 15-20 个员工。这些人一半是全职工人，比如在厨房工作的厨师，助理厨师，寿司厨师，帮手，等。这些全职工人大多不会说英语，或英语能力非常有限。当我在 Yellow Tail 工作的时候，有一位母亲和她的儿子，也在厨房做很长时间的工但得很少的工资。儿子很年轻。他们没有合法移民身份。我觉得他们很可怜的。

11. Another person who worked in kitchen was in his late seventies (78 years old, I believe). The work was very hard and demanding. I did not know how he managed to continue.

另一在厨房工作的人已七十多岁了（78 岁，我相信）。厨房工作是很辛苦很累的。我不知道他是如何撑着的。

12. After worked at Yellow Tail for several days, I really wanted to quit because I was so exhausted. But I thought about my 11 year old son. I am single and we need money to support ourselves. I don't have special skills and do not speak much English. This job, although grueling, at least I can do it. I hope my son will have a better future.
在 Yellow Tail 工作几天后，我真的很想辞职，因为我很累，每天筋疲力尽。但我想到我 11 岁的儿子。我单身，我们需要钱来生活。我没有特殊技能，且不会讲英语。这份工作，虽然辛苦，但至少我还可以做。我希望我的儿子将来有一个好一点的未来。

13. During my employment at Yellow Tail, I observed that other employees and myself had similar job duties, did not receive tips or other compensation, worked well over 40 hours a week, and were not paid overtime compensation for the hours we worked over 40 in a workweek.
我在 Yellow Tail 受雇期间，我发现我和其他员工做类似的工作，我们都做全职，每天工作超过 8 小时， 但都没有收到加班费及小费，我们的工作时间超过了每周 40 小时工作时间。

14. The boss was very mean to us. She did not allow us to sit (besides the dinner break). She only allowed us to eat leftovers. These leftovers were cold and tasteless.
老板对我们非常苛刻。她不许我们坐下稍微休息一下。给我们吃的都是剩下的冷的东西。

_Rui Yao Chen_
Ruiyao Chen

[Signature/Notary page follows to the next page]

Sworn to and subscribed in my presence this ___12___ day of July, 2012.
在我面前宣誓和签字于 2012 年 7 月 _12_ 号。

(written signature) _Yufei Li_
(亲笔签名）

(typed or printed name) _Yufei Li_
(印刷体签名)

YUFEI LI
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 1/29/2017

Notary Public, State of Ohio
公证人， 俄亥俄州

Expiration Date of my commission:
我的公证员资质有效。

3

Recorded in Cuyahoga County, Ohio
登记在俄亥俄州，Cuyahoga 县