IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUIYAO CHEN | ) | CASE NO:  5:12-CV-1588 |
| | ) | |
| Plaintiff, | ) | JUDGE: HON. JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| YELLOW TAIL, INC. et al. | ) | **PLAINTIFF'S STATUS REPORT** |
| | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES Plaintiff, Ruiyao Chen, and submits her Status Report pursuant to this Court's order on July 17, 2012.

**Discovery**
Plaintiff took a deposition on Defendants' alleged bookkeeping and accounting firm, Accura Tax & Accounting LLC on June 25, 2013. This firm is running by Qiong Huang, the sole owner and the only worker of the firm.

Contrary to the statements made by Defendant Ni during the last hearing, Huang stated that she was a payroll agent, merely received data files from Defendant Ni and then filed Defendant Yellow Tail's payroll and tax returns based on the Ni's information. Huang also filed personal tax returns for Ni.  However she refused to provide such tax returns although Subpoena specifically requested such tax returns.

Based on Huang's documents, Plaintiff believes that Yellow Tail omitted at least employees who worked in the kitchen. Thus, Plaintiff renewed her Motion for Sanction.

**Settlement Discussions**
Since the last discussion, Defendants refused Plaintiff's settlement offer.

**Pending Motions**
Plaintiff's Renewed Motion for Sanction.

**Other Developments**
None.

Respectfully Submitted,

/s/ Lei Jiang
Lei Jiang (0084847)
Lei Jiang LLC
26943 Westwood Rd
Westlake, OH 44145
Email: ljiang@leijianglaw.com
Website: LeiJiangLaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

A true and complete copy of the foregoing was filed electronically through this Court's electronic filing system on this 24th day of August 2013, and will be forwarded to Defendants' counsel by operation of the Court's electronic system.

/s/ Lei Jiang
Lei Jiang
Attorney for Plaintiff

2